**Electronically Filed
Supreme Court
SCWC-13-0000379
23-AUG-2016
01:55 PM**

SCWC-13-0000379

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SATSON SATANO, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000379; CR. NO. 11-1-0738)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Satson Satano's application for writ of certiorari filed on July 15, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 23, 2016.

Taryn R. Tomasa                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Donn Fudo
for respondent                     /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson